1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           CENTRAL DISTRICT OF CALIFORNIA

8

9

10   JOSE CESAR MONTEZ,                    )   No. CV 09-2837 AHM (FFM)
                                           )
11                  Petitioner,            )
                                           )   JUDGMENT
12          v.                             )
                                           )
13   JAMES A. YATES, Warden,               )
                                           )
14                  Respondent.            )
     _____       )

15

16          Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED:   __April 13, 2012____

21

22
                                           _____
23                                                 A. HOWARD MATZ
                                               United States District Judge
24

25

26

27

28